```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ALABAMA
                        WESTERN DIVISION
```

MARIO RAMIREZ,                    )
                                  )
    Plaintiff,                    )
                                  )
v.                                )    No. 7:11-cv-02789-WMA-SGC
                                  )
OFFICER JASON JAMES,              )
                                  )
    Defendant.                    )

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on April 15, 2014 (Doc. # 49), recommending that this lawsuit brought by plaintiff, Mario Ramirez ("Plaintiff"), pursuant to 28 U.S.C. § 1983, be dismissed for failure to prosecute. Specifically, the magistrate judge reported that the court had lost contact with Plaintiff and was unable to adjudicate his claims as a result. (*Id.*). The magistrate judge further directed the Clerk of Court to mail copies of the report and recommendation to two addresses previously provided by Plaintiff. (*Id.*). Both of those mailings were returned as undeliverable. (Docs. ## 50-51). Unsurprisingly, the court has not received objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the magistrate judge's findings are due to be and hereby are **ADOPTED** and her recommendation is **ACCEPTED**. Accordingly, this matter is due to be dismissed without prejudice.

A Final Judgment will be entered.

DONE this 1st day of May, 2014.

                                                              _____
                                                              WILLIAM M. ACKER, JR.
                                                              UNITED STATES DISTRICT JUDGE